# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-mj-01411-BLM-BJC |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Farlis Almonte (1) | Booking No. 68740511 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  4/8/2025  the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on  $50,000 PS  Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [X] Defendant to be release to Pretrial Services for electronic monitoring.
- [X] Other. Defendant to be released on Wednesday, 4/9/2025, at 9:00 AM to Pretrial Services Alexa Silva - 619-798-0665.

BARBARA L. MAJOR
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  N. Peltier  x 7099

Crim-9 (Rev. 09/23)
Original